Nathan A. Finch, SBN: 031279
Michael W. Thrall, SBN: 031172
**Catalyst Legal Group, PLLC**
1820 East Ray Rd.
Chandler, AZ 85225
602.456.2233
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARK ROBERT VARGOVICH,<br><br>Debtor. | Chapter 13 Proceedings<br><br>Case No. 2:19-bk-10704-PS<br><br>**OBJECTION TO THE TRUSTEE'S RECOMMENDATION** |

Debtor, Mark Robert Vargovich, by and through undersigned counsel, pursuant to L.R.B.P. 2084-10(b) object to the Trustee's Recommendation.

Debtor is working to resolve the issue of unfiled tax returns. Therefore, Debtor needs additional time to comply with the Trustee's Recommendations.

WHEREFORE Debtor respectfully objects to the Trustee's Recommendation and requests a hearing on this objection.

Dated this 30th day of December 2019

**CATALYST LEGAL GROUP, PLLC**
By: /s/ *Nathan A. Finch*
Nathan A. Finch
1820 East Ray Rd.
Chandler, AZ 85225

| | |
|---|---|
| 1 | A COPY of the foregoing e-mailed<br>This 30th day of December 2019 to: |
| 2 | |
| 3 | EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003 |
| 4 | |
| 5 | /s/ CJM |