Nathan A. Finch, SBN: 031279
Michael W. Thrall, SBN: 031172
**CATALYST LEGAL GROUP, PLLC**
1820 E. Ray Road
Chandler, AZ. 85225
Phone:(602) 456-2233
Email: Michael@Catalyst.Lawyer
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

MARK ROBERT VARGOVICH

Debtor.

Chapter 13

Case No.: 2:19-bk-10704-PS

**NOTICE OF HEARING**

**Re: Status Hearing on Confirmation of Chapter 13 Plan**

    NOTICE IS HEREBY GIVIN that a Hearing on Debtor's Confirmation of Chapter 13 Plan will be held in front of the Honorable Paul Sala, on Tuesday, February 11th, 2020 at 10:00 a.m. at the US Bankruptcy Court, 230 N. First Ave., 6th Floor, Courtroom 601, Phoenix, AZ 85003.

DATE: January 6th, 2020                        CATALYST LEGAL GROUP, PLLC

                                                                By: */s/ Nathan Finch*
                                                                Nathan Finch
                                                                1820 E. Ray Road
                                                                Chandler, AZ 85225
                                                                Attorneys for Debtor