Edward J. Maney, Esq. AZ Bar#12256
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| MARK ROBERT VARGOVICH | ) | Case No. 2: 19-BK-10704-PS |
| | ) | |
| | ) | NOTICE OF HEARING RE: |
| | ) | DEBTORS OBJECTION TO THE |
| | ) | TRUSTEE'S RECOMMENDATION |
| | ) | AND CERTIFICATE |
| _____Debtor(s)_____ | ) | OF MAILING |

**NOTICE IS HEREBY GIVEN** that a Hearing on Debtors objection to the Trustee's Recommendation filed 12/30/2019, Dk#28 , will be held before the Honorable Paul Sala, United States Bankruptcy Judge, 230 N. First Avenue, 6th Floor, Room 601, Phoenix, Arizona 85003:

Date: February 11, 2020

Time: 10:00 AM

**PLEASE TAKE NOTICE** that any response must filed in writing at least **seven days** prior to the hearing with the Clerk of the Bankruptcy Court:

**Clerk of Court**
**UNITED STATES BANKRUPTCY COURT**
**230 N. First Avenue, Suite 101**
**Phoenix, Arizona 85003-1706**

and served upon the Chapter 13 Trustee. The Chapter 13 Trustee to serve this notice to debtor(s) and debtor(s) counsel.

Dated: See Electronic Signature:

_Edward J. Maney, Esq._
Digitally signed by Edward J. Maney, Esq.
Date: 2020.01.07 10:21:47 -07'00'

Edward J. Maney, Esq.
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
(602) 277-3776 Ext. 213

CERTIFICATE OF MAILING FOR CASE NO. 2: 19-BK-10704-PS

Edward J. Maney, CHAPTER 13 TRUSTEE (hereinafter the "Trustee"), hereby certifies that a copies of Notice of Hearing was mailed on January 7, 2020 to following parties:

Mark Vargovich
412 W. Standage Drive
Payson, Arizona 85541
Debtor

Nathan A. Finch, Esq.
CATALYST LEGAL GROUP, PLLC
1820 East Ray Road
Chandler, Arizona 85225
Debtor's counsel

Copies of the foregoing mailed (see electronic signature below) to the following:

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

Digitally signed by Edward J. Maney, Esq.
Date: 2020.01.07 10:21:57 -07'00'

Edward J. Maney, Esq. #012256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
(602) 277-3776 Ext. 213