Nathan A. Finch, Esq. SBN:031279
**CATALYST LEGAL GROUP, PLLC**
1820 East Ray Rd.
Chandler, AZ 85225
Email: Nathan@catalyst.lawyer
602.456.2233
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MARK VARGOVICH<br><br>**Debtors.** | Chapter 13<br><br>Case No.: 2:19-bk-10704-PS<br><br>**MOTION FOR EMERGENCY HEARING** |

Mark Vargovich ("Debtor"), hereby moves the Court pursuant to Local Bankruptcy Rule 9013-1(h) for an emergency hearing in connection with the Debtor's Motion to Approve Settlement Agreement and Release (Docket #31). Debtor, through undersigned counsel requests that the hearing be set the earliest date reasonably available to the Court and its staff.

As set forth in the Motion to Approve Settlement Agreement and Release, Debtor by and through the undersigned counsel seeks approval in the Settlement Agreement with SM Financial Services ("SMF"). An emergency hearing on the Motion to Approve Settlement and Release is necessary at the request of Honorable Judge Madeleine Wanslee in the Debtor's Chapter 11 Bankruptcy (2:17-bk-13376-MCW) to resolve any issues

regarding the Debtor's failure to disclosure information in his Chapter 13 and Chapter 11 Bankruptcy cases and ensure Agreement benefits all interested parties.

Pursuant to Local Rule 9013-1(h), Movant advises as follows:

1. The telephone number, email address, and office address interested parties;

    Mark Vargovich
    412 W. Standage Drive
    Payson, AZ, 85541
    Phone: 602.456.2233
    Email: mark@vargovich.com

    Edward K. Bernatavicius
    Trial Attorney
    Office of the United States Trustee, Region 14
    230 N. First Ave, Suite 204
    Phoenix, AZ  85003
    E-Mail:  Edward.K.Bernatavicius@usdoj.gov
    Phone:  602-682-2608

    Kelly G. Black
    The Law Office of Kelly G. Black, PLC
    2929 N Power Rd, Ste 101
    Mesa, AZ  85215-1746
    Phone: 480-639-6719
    E-Mail: kgb@kellygblacklaw.com
    *Attorney for Inland Oasis*

    MARK J. GIUNTA
    LAW OFFICE OF MARK J. GIUNTA
    531 EAST THOMAS ROAD, SUITE 200
    PHOENIX, AZ 85012
    Phone: 602-307-0837
    Email: markgiunta@giuntalaw.com
    *Attorney for SM Financial Services Corporation*

2. The facts showing the existence and nature of the emergency are outlined above.

3. All interested parties will be served with the Motion to Approve Settlement Agreement and Release this Motion to For Emergency Hearing via US Mail immediately after filing with the Court.

4. Concurrently with filing this motion, Debtor's counsel will email the Motion to Approve Settlement Agreement and Release and this Motion for Emergency Hearing to the Courtroom Deputy.

5. Immediately after receiving a copy of the signed order from the Court, Debtor's counsel will serve such signed order on all interested parties as outlined below in the Certificate of Service.

WHEREFORE, Debtor prays for an Order from the Court:

A.) Granting this Motion;

B.) Setting an emergency hearing on the Motion to Approve Settlement Agreement and Release as soon as the Court's schedule permits.

**CATALYST LEGAL GROUP, PLLC**

Dated: January 29, 2020

*/s/ Nathan Finch*
Nathan A. Finch, Esq.
1820 E. Ray Road
Chandler, AZ 85255
*Attorneys for Debtor*

*Certificate of Service*

ORIGINAL of the foregoing electronically
filed this 29th day of January 2020, with

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
https://ecf.azb.uscourts.gov

A COPY of the foregoing served via mail
this 29th day of January 2020 to:

Edward J. Maney, Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003

U.S. Trustee
Office of The U.S. Trustee
230 N. First Ave., Ste. 204
Phoenix, AZ

Mark Vargovich
412 W. Standage Drive
Payson, AZ, 85541
Phone: 602.456.2233
Email: mark@vargovich.com

Edward K. Bernatavicius
Trial Attorney
Office of the United States Trustee, Region 14
230 N. First Ave, Suite 204
Phoenix, AZ 85003
E-Mail: Edward.K.Bernatavicius@usdoj.gov
Phone: 602-682-2608

Kelly G. Black
The Law Office of Kelly G. Black, PLC
2929 N Power Rd, Ste 101
Mesa, AZ 85215-1746
Phone: 480-639-6719
E-Mail: kgb@kellygblacklaw.com

MARK J. GIUNTA

LAW OFFICE OF MARK J. GIUNTA
531 EAST THOMAS ROAD, SUITE 200
PHOENIX, AZ 85012
Phone: 602-307-0837
Email: markgiunta@giuntalaw.com
*Attorney for SM Financial Services Corporation*

By: Nathan A. Finch