# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARK VARGOVICH<br><br>**Debtor.** | Chapter 13<br><br>Case No.: 2:19-bk-10704-PS<br><br>**ORDER SETTING EMERGENCY HEARING** |

THIS MATTER, having come before the Court in the form of a *Motion for Emergency Hearing* (Docket No. 32) in connection with Debtor's *Motion to Approve Settlement Agreement and Release* (Docket No.31 ) and good cause appearing;

IT IS ORDERED setting a hearing to consider the Debtor's Motion to Approve Settlement Agreement and Release for _____ at _____ \_\_\_.m; Interested parties may appear at the United States Bankruptcy Court, 230 N. First Avenue, 6th Floor, Court Room 601, Phoenix, AZ 85003

**AS DATED AND SIGNED ABOVE**