| Fill in this information to identify the case: |
|---|
| Debtor 1    Mark Robert Vargovich |
| Debtor 2              (Spouse, if filing) |
| United States Bankruptcy Court for the **PHOENIX** District of Arizona (State) |
| Case number: 2:19-bk-10704-PS |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Truwest Credit Union            **Court Claim No.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account:    XXXX3459

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes. Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursement or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 9/11/19 & 09/13/2019 | (5) | $650.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify:" _____ | | (10) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____    Date: 10/1/19
Signature

Print: Jason P. Sherman/Lydia R. Tulin
First Name    Middle Name    Last Name

Title: Attorney for Truwest Credit Union

Company: Shapiro, Van Ess & Sherman, LLP

Address: 3636 N. Central Ave., Suite #400
Number    Street

Phoenix, AZ 85012
City    State    ZIP Code

Contact phone: (602)222-5711    Email _____

Original filed this 1st day
of October, 2019 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this ___ day of October, 2019 to:

Chapter 13 Trustee:
Edward J. Maney
101 N. First Ave, Suite 1775
Phoenix, AZ 85003

Attorney for Debtor:
Nathan A Finch
Catalyst Legal Group, PLLC
1820 E. Ray Road
Chandler, AZ 85225

Debtor:
Mark Robert Vargovich
412 W. Stadage Dr
Payson, AZ 85541

By _____

File: 19-027343
Case 2:19-bk-10704-PS    Doc    Filed 10/01/19    Entered 10/01/19 15:11:28    Desc Main
Document    Page 2 of 2